UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JEFFREY ANDERSON,

    Plaintiff,

v.

STARBUCKS CORPORATION d/b/a
STARBUCKS and LAGASSIE
PROPERTIES, LLC,

    Defendants.
_____/

Case No. 3:16-cv-02720
Hon. Denise Page Hood

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on April 18, 2017, this cause of action is **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan this 18th day of April, 2017.

            Keith Throckmorton
            CLERK OF THE COURT

            BY: s/Julie Owens
                  Deputy Clerk

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE
Sitting by Special Designation